**Electronically Filed
Supreme Court
SCPW-25-0000046
02-JUN-2025
08:36 AM
Dkt. 5 ODDP**

SCPW-25-0000046

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CHRIS SLAVICK, Petitioner,

vs.

DEPARTMENT OF CORRECTIONS AND REHABILITATION;
and TERI YOSHINAGA, Respondents.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed January 24, 2025, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek the relief sought in this original proceeding. An extraordinary writ is unwarranted. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, June 2, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

